ALBANY,
Aug. 1833.

Sickles
v.
Hogeboom.

executed a writ of inquiry, on which judgment was entered on the 10th day of July. The defendant moved to set aside the proceedings.

---

### SICKLES *vs.* HOGEBOOM.

Where an appointment is made of a person to execute a deed under a sheriff's sale, in the case of the death of the sheriff and no under sheriff, *security* from such person is not necessary, where nothing remains to be done but to execute the deed.

August 8.    APPLICATION was made to the court in this case for the appointment of some suitable person to execute a deed under a sheriff's sale, it being shown that the *sheriff* who sold the property is dead, and that at the time of his death, he had no *under sheriff*. The principal question was whether the person to be appointed should be required to give the *security* referred to in the statute on this subject, 2 *R. S.* 374, § 66, it appearing that the sum bid at the sale had been paid to the plaintiff in the execution under which the property was sold. Mr. Justice SUTHERLAND was of opinion that where a deed merely was to be executed, and no money to be collected or other act to be done, that security was not necessary, and he accordingly granted a rule appointing the clerk of Columbia county to execute the deed, without requiring security to be given by him.